IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOLFANI SMITH,

      Plaintiff,                                    2:07-cv-01835 ALA P

     vs.

D.K. Sisto, et al.,

      Defendants.                    <u>ORDER</u>

_____/

     Plaintiff Kolfani Smith is a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On March 13, 2007, Plaintiff filed a complaint along with several other prisoners as part of a class action. That complaint was dismissed on September 5, 2007, and Plaintiff was ordered to file an amended complaint as an individual plaintiff within fifty-six days. Plaintiff has failed to file a complaint.

     Therefore, IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed.

/////

DATED: December 21, 2007

                                                     /s/ Arthur L. Alarcón
                                                     UNITED STATES CIRCUIT JUDGE
                                                     Sitting by Designation